ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2011 DEC -6 PM 3: 06

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| PAUL SUMPTER, | ) |
| Plaintiff, | ) |
| v. | ) CV 311-081 |
| FNU AJIBADE, Doctor, et al., | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 11). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's official capacity claims for monetary damages are **DISMISSED**.

SO ORDERED this 6th day of December, 2011, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE