**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 APR -9 A 10: 47

CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| PAUL SUMPTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 311-081 |
| | ) | |
| DR. CALEB AJIBADE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 30). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motion to dismiss (doc. no. 18) is **GRANTED**. This case is **DISMISSED** without prejudice and **CLOSED**.

SO ORDERED this 9th day of April, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE